B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Iowa

In re    **Deerfield Retirement Community, Inc.**                              Case No. _____

                                   Debtor(s)                                   Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Estate of Barbara Joyce Wilson<br>c/o Bruce & Jackie Kuehl<br>470 Painted Woods<br>Waukee, IA 50263 | Estate of Barbara Joyce Wilson<br>c/o Bruce & Jackie Kuehl<br>470 Painted Woods<br>Waukee, IA 50263 | Contingent Refund for Unit Occupancy | Contingent | 234,116.00 |
| Estate of Beth Black<br>c/o Bruce Black<br>6150 E. Berry<br>Greenwood Village, CO 80111 | Estate of Beth Black<br>c/o Bruce Black<br>6150 E. Berry<br>Greenwood Village, CO 80111 | Contingent Refund for Unit Occupancy | Contingent | 264,600.00 |
| Estate of Carolyn Feaster<br>c/o Vickey DeLuca<br>5087 Palermo Rd.<br>Cincinnati, OH 45244 | Estate of Carolyn Feaster<br>c/o Vickey DeLuca<br>5087 Palermo Rd.<br>Cincinnati, OH 45244 | Contingent Refund for Unit Occupancy | Contingent | 312,028.00 |
| Estate of Frank Comfort<br>c/o Constance Cramblit Comfort<br>13731 Hickman Rd., Unit 3209<br>Urbandale, IA 50323 | Estate of Frank Comfort<br>c/o Constance Cramblit Comfort<br>13731 Hickman Rd., Unit 3209<br>Urbandale, IA 50323 | Acct. No. 13815<br>Contingent Refund for Unit Occupancy | Contingent | 382,500.00 |
| Estate of James Kempkes<br>c/o Mark J. Kempkes<br>4906 Crestmoor Dr.<br>Des Moines, IA 50310 | Estate of James Kempkes<br>c/o Mark J. Kempkes<br>4906 Crestmoor Dr.<br>Des Moines, IA 50310 | Acct. No. 13619<br>Contingent Refund for Unit Occupancy | Contingent | 408,928.00 |
| Estate of Janice Davis<br>c/o Connie Koehn<br>Bankers Trust<br>453 7th St.<br>Des Moines, IA 50309 | Estate of Janice Davis<br>c/o Connie Koehn<br>Bankers Trust<br>Des Moines, IA 50309 | Contingent Refund for Unit Occupancy | Contingent | 261,000.00 |
| Estate of Jean Olson<br>c/o Adrienne M. Knapp<br>The Ayco Co., LP<br>321 Broadway, P.O. Box 860<br>Saratoga Springs, NY 12866 | Estate of Jean Olson<br>c/o Adrienne M. Knapp<br>The Ayco Co., LP<br>Saratoga Springs, NY 12866 | Contingent Refund for Unit Occupancy | Contingent | 468,180.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Deerfield Retirement Community, Inc.**                                    Case No. _____

                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Estate of John Elken<br>c/o Kent A. Reiff<br>U.S. Bank<br>520 Walnut St.<br>Des Moines, IA 50309 | Estate of John Elken<br>c/o Kent A. Reiff<br>U.S. Bank<br>Des Moines, IA 50309 | Contingent Refund for Unit Occupancy | Contingent | 279,072.00 |
| Estate of Lois Roewe<br>c/o Dale H. Roewe<br>15660 450th St.<br>Laurens, IA 50554 | Estate of Lois Roewe<br>c/o Dale H. Roewe<br>15660 450th St.<br>Laurens, IA 50554 | Contingent Refund for Unit Occupancy | Contingent | 228,762.00 |
| Estate of Margaret Kenyon<br>c/o Rhonda Hill<br>2030 NW 129th Street<br>Clive, IA 50325 | Estate of Margaret Kenyon<br>c/o Rhonda Hill<br>2030 NW 129th Street<br>Clive, IA 50325 | Acct. No. 13621<br>Contingent Refund for Unit Occupancy | Contingent | 409,734.00 |
| Estate of Marilyn Beck<br>c/o Bill Beck<br>4118 SE 22nd St.<br>Des Moines, IA 50320 | Estate of Marilyn Beck<br>c/o Bill Beck<br>4118 SE 22nd St.<br>Des Moines, IA 50320 | Contingent Refund for Unit Occupancy | Contingent | 258,863.00 |
| Estate of Mary Sharp<br>c/o Richard J. Gaumer<br>111 W. 2nd St.<br>P.O. Box 601<br>Ottumwa, IA 52501 | Estate of Mary Sharp<br>c/o Richard J. Gaumer<br>111 W. 2nd St.<br>Ottumwa, IA 52501 | Contingent Refund for Unit Occupancy | Contingent | 245,700.00 |
| Estate of Pat Noyce<br>c/o James Noyce<br>905 48th Street<br>West Des Moines, IA 50265 | Estate of Pat Noyce<br>c/o James Noyce<br>905 48th Street<br>West Des Moines, IA 50265 | Acct. No. 13805<br>Contingent Refund for Unit Occupancy | Contingent | 419,530.00 |
| Estate of Paul From<br>c/o Clifford S. Swartz<br>Brick Gentry PC<br>6701 Westown Pkwy., Suite 100<br>West Des Moines, IA 50266 | Estate of Paul From<br>c/o Clifford S. Swartz<br>Brick Gentry PC<br>West Des Moines, IA 50266 | Contingent Refund for Unit Occupancy | Contingent | 314,162.00 |
| Estate of Phyliis Johnson<br>c/o Mary Kay Smith<br>13778 S. Admiral Dr.<br>Riverton, UT 84096 | Estate of Phyliis Johnson<br>c/o Mary Kay Smith<br>13778 S. Admiral Dr.<br>Riverton, UT 84096 | Contingent Refund for Unit Occupancy | Contingent | 265,302.00 |
| Estate of Robert Reid<br>c/o James L. Sayre<br>103375 University Ave.<br>Clive, IA 50325 | Estate of Robert Reid<br>c/o James L. Sayre<br>103375 University Ave.<br>Clive, IA 50325 | Acct. No. 13608<br>Contingent Refund for Unit Occupancy | Contingent | 417,933.00 |
| Estate of Robert Roseland<br>c/o Robert A. VanOrsdel<br>Nyemaster Goode<br>700 Walnut, Suite 1600<br>Des Moines, IA 50309 | Estate of Robert Roseland<br>c/o Robert A. VanOrsdel<br>Nyemaster Goode<br>Des Moines, IA 50309 | Contingent Refund for Unit Occupancy | Contingent | 328,850.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Deerfield Retirement Community, Inc.**                                      Case No.   _____

                                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Estate of Virginia Green c/o David Green 30 Sagecliff Court Dallas, TX 75248 | Estate of Virginia Green c/o David Green 30 Sagecliff Court Dallas, TX 75248 | Contingent Refund for Unit Occupancy | Contingent | 258,863.00 |
| Lifespace Communities, Inc. 100 East Grand Ave. Suite 200 Des Moines, IA 50309 | Lifespace Communities, Inc. 100 East Grand Ave. Suite 200 Des Moines, IA 50309 | Support Loans | | 18,800,000.00 |
| UMB Bank 11 Red Cedar Lane Minneapolis, MN 55410 | UMB Bank 11 Red Cedar Lane Minneapolis, MN 55410 | Bond Debt | | 12,700,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Dated: January 10, 2014

_____
Scott M. Harrison
Chief Executive Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.