## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: ) | Case No.: 14-00052-als11 |
| ) | |
| **DEERFIELD RETIREMENT** ) | Chapter 11 |
| **COMMUNITY, INC.** ) | |
| ) | Hon. Anita L. Shodeen |
| Debtor and Debtor in Possession. ) | |
| ) | **APPLICATION OF NATHAN F. COCO** |
| 13731 Hickman Rd. ) | **AND MEGAN M. PREUSKER TO** |
| Urbandale, IA  50323 ) | **APPEAR PRO HAC VICE** |
| ) | |
| ) | No Hearing Set |
| EIN: 42-1508960 ) | |

Nathan F. Coco, Esq., and Megan M. Preusker, Esq., of the law firm McDermott Will & Emery LLP, 227 West Monroe Street, Chicago, Illinois 60606-5096, lawyers who are not members of the Bar of this District, hereby move the Court to appear *pro hac vice* as proposed counsel to UMB Bank, N.A., as successor indenture trustee, in the above-captioned Chapter 11 case and state as follows:

1.  Our full names are Nathan F. Coco and Megan M. Preusker. We are attorneys with the law firm of McDermott Will & Emery LLP. Our Illinois attorney identification numbers are IL 6236870 for Nathan and IL 6309945 for Megan.

2.  We are duly admitted to practice law in the State of Illinois.

3.  We are members in good standing with the Bar of the State of Illinois, and to our knowledge, no disciplinary proceedings have ever been filed or are pending against us.

4.  We are not suspended or disbarred in any Court.

5.  We hereby acknowledge that if the *pro hac vice* application is granted, we agree to submit to and comply with all provisions and requirements of the rules of conduct applicable to

lawyers admitted to practice before the courts of Iowa in connection with our *pro hac vice* representation in this case.

6.    We have retained Donald F. Neiman and Jeffrey D. Goetz of the Bradshaw, Fowler, Proctor & Fairgrave, P.C. law firm as local co-counsel. Donald F. Neiman and Jeffrey D. Goetz are both admitted to the Bar of the Southern District of Iowa.

7.    We can be contacted as follows:

>   Nathan F. Coco, Esq.
>   McDermott Will & Emery LLP
>   227 W. Monroe St.
>   Chicago, IL 60606-5096
>   Phone: (312) 984-3658
>   Fax: (312) 984-7700
>   Email: ncoco@mwe.com

>   Megan M. Preusker, Esq.
>   McDermott Will & Emery LLP
>   227 W. Monroe St.
>   Chicago, IL 60606-5096
>   Phone: (312) 984-3668
>   Fax: (312) 276-9323
>   Email: mpreusker@mwe.com

Dated: 1/13/2014

Respectfully Submitted,

**MCDERMOTT WILL & EMERY LLP**

*/s/ Megan M. Preusker*
Nathan F. Coco, Esq. (IL 6236870)
Megan F. Preusker, Esq. (IL 6309945)
McDermott Will & Emery, P.C.
227 W. Monroe St.
Chicago, IL 60606-5096
Phone: (312) 984-3658
Fax: (312) 984-7700
Email: ncoco@mwe.com

I, Megan M. Preusker, attorney with McDermott Will & Emery LLP declare under penalty of perjury under the laws of the United States and the laws of the State of Iowa that I have reviewed the attached Application and to the best of my knowledge and information, I believe the statements therein to be true and correct.

Dated: January 13, 2014

*Megan M. Preusker*
Megan M. Preusker, Esq. (IL 6309945)
McDermott Will & Emery LLP
227 W. Monroe St.
Chicago, IL 60606-5096
Phone: (312) 984-3668
Fax: (312) 276-9323
Email: mpreusker@mwe.com

I, Nathan F. Coco, attorney with McDermott Will & Emery LLP declare under penalty of perjury under the laws of the United States and the laws of the State of Iowa that I have reviewed the attached Application and to the best of my knowledge and information, I believe the statements therein to be true and correct.

Dated: January 13, 2014

_____
Nathan F. Coco, Esq. (IL 6236870)
McDermott Will & Emery LLP
227 W. Monroe St.
Chicago, IL 60606-5096
Phone: (312) 984-3658
Fax: (312) 984-7700
Cell: (312) 543-6162
Email: ncoco@mwe.com

## CERTIFICATE OF SERVICE

This document with attachment was served electronically on parties who receive electronic notice through CM/ECF as listed on CM/ECF's notice of electronic filing.

/s/    *Barbara Warner*

- 3 -