**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| In re: ) | Case No. 14-00052-ALS 11 |
| ) | |
| **DEERFIELD RETIREMENT** ) | Chapter 11 |
| **COMMUNITY, INC.** ) | |
| ) | Judge: Anita L. Shodeen |
| ) | |
| Debtor. ) | |
| _____ ) | *Date entered on docket: January 24, 2014* |

**[PROPOSED] FINAL ORDER APPROVING STIPULATION: (1)**
**AUTHORIZING USE OF CASH COLLATERAL AND (2) GRANTING**
**ADEQUATE PROTECTION TO INDENTURE TRUSTEE**

Upon the motion (the "**Amended Motion**")[1] of Deerfield Retirement Community, Inc., the debtor and debtor-in-possession in the above-captioned bankruptcy case (the "**Debtor**") for a final order (this "**Final Order**") seeking approval of the Stipulation (1) authorizing the Debtor to use the cash collateral of the Indenture Trustee and (2) granting the Indenture Trustee adequate protection upon the terms set forth therein; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. § 1408; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having determined that the relief requested in the Amended Motion is in the best interests of the Debtor, its estate, its creditors and other parties in interest; and it appearing that proper and adequate notice of the Amended Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor;

---

[1] All capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Amended Motion.

THE COURT HEREBY ORDERS, AS FOLLOWS:

1. The Amended Motion is granted on a final basis.

2. The terms and conditions contained in the Stipulation, including the use of cash collateral and the granting of adequate protection set forth in the Stipulation, is hereby approved in its entirety.

3. The admissions and stipulations contained in paragraphs C, D, and E of the Stipulation shall bind all parties in interest unless a party commences an adversary proceeding or contested matter concerning such admissions or stipulations on or prior to February 5, 2014 (21 days after entry of the Interim Order) and the court rules in favor of such party.

4. This Order shall be effective upon its entry and not subject to any stay, notwithstanding anything to the contrary contained in the Bankruptcy Rules.

~~Dated: January XX, 2014~~

/s/ **Anita L. Shodeen**
_____
Anita L. Shodeen
United States Bankruptcy Judge

Parties receiving this Order from the Clerk of Court:
Electronic Filers in this Chapter Case